# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 2:24-CR-20137-TLP |
| v. ) | |
| ) | |
| HERMAN SHAW, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' POSITION REGARDING SENTENCING

The United States has no objections to the Presentence Report in this case. The United States will address the sentence to be imposed upon the defendant at the sentence hearing.

The United States also requests the Court to order restitution in this case.

    Respectfully submitted,

    REGAN TAYLOR FONDREN
    UNITED STATES ATTORNEY

    s/Tony R. Arvin
    TONY R. ARVIN
    Assistant United States Attorney
    800 Federal Building
    167 North Main
    901-544-4231

CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing document has been filed via the District Court's electronic case filing system.

This October 31, 2024.

/s/ Tony R. Arvin
TONY R. ARVIN
Assistant United States Attorney