# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

HERMAN SHAW

## EXHIBIT AND WITNESS LIST

Case Number: 2:24CR20137-1-TLP

| PRESIDING JUDGE Thomas L. Parker | PLAINTIFF'S ATTORNEY Tony Arvin | DEFENDANT'S ATTORNEY Steffen Schreiner |
|---|---|---|
| TRIAL DATE (S) 11/06/2024 | COURT REPORTER Catherine Phillips | COURTROOM DEPUTY Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11/6/2024 | x | x | Letter |
|  | 2 | 11/6/2024 | x | x | Certificate |
|  | 3 | 11/6/2024 | x | x | Email |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages